**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
WILFREDO TORRES,

                Plaintiff,
    -against-                                                    23 **CIVIL** 7832 (LTS)

                                                                           **<u>JUDGMENT</u>**

THE BLACKSTONE GROUP, ET AL,

                Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated December 7, 2023 and January 23, 2024, The complaint, filed IFP under 28 U.S.C. § 1915(a), is dismissed as frivolous and for failure to state a claim upon which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(i), (ii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). The Court bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. See 28 U.S.C. § 1651.

**Dated:** New York, New York
        January 24, 2024

                                                                       **RUBY J. KRAJICK**
                                                                         Clerk of Court

                            **BY:**
                                                                         **Deputy Clerk**